18BA, CLOSED, SO30

# U.S. District Court
# North Carolina Middle District (Durham)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00396-UA-PTS
# Internal Use Only

KNAPP v. DAVOL INC. et al
Assigned to: UNASSIGNED
Referred to: MAG/JUDGE P. TREVOR SHARP
Demand: $75,000
Case in other court: MDL 1842
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/16/2007
Date Terminated: 08/17/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**ELMER KNAPP** represented by

**CRAIG P. NIEDENTHAL**
CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
205-328-2200
Fax: 205-324-7896
Email: cniedenthal@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ERNEST CORY**
CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
205-328-2200
Fax: 205-324-7896
Email: ecory@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JON C. CONLIN**
CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
205-328-2200
Fax: 205-324-7896
Email: jconlin@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARCUS EDWARD HAYES, SR.**
CRUMLEY & ASSOCIATES, P.C.
2400 FREEMAN MILL RD., STE. 200
GREENSBORO, NC 27406
336-333-9899
Fax: 336-333-9894
Email:
lybagby@crumleyandassociates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEPHEN R. HUNT, JR.**
CORY WATSON CROWDER &
DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
205-328-2200
Fax: 205-324-7896
Email: shunt@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 318437.), filed by ELMER KNAPP.(HAYES, MARCUS) (Entered: 05/16/2007) |
| 05/16/2007 | 2 | CIVIL COVER SHEET, filed by ELMER KNAPP.(HAYES, MARCUS) (Entered: 05/16/2007) |
| 05/17/2007 | 3 | (Court only) NOTICE of Manual Mailing MDL Tag-Along Letter as to ELMER KNAPP in paper form from the Clerk's Office to the Judicial Panel on Multidistrict Litigation, Washington, D.C. (McClain, Abby) (Entered: 05/17/2007) |
| 05/17/2007 | 4 | Summons Issued as to DAVOL INC., C.R. BARD, INC. (McClain, Abby) (Entered: 05/17/2007) |
| 05/17/2007 | 5 | Notice of Right to Consent. Counsel shall serve the attached form on all parties. (McClain, Abby) (Entered: 05/17/2007) |
| | | |

| | | |
|---|---|---|
| 05/17/2007 | | CASE REFERRED to Standing Order 30 (McClain, Abby) (Entered: 05/17/2007) |
| 05/17/2007 | | (Court only) ***Set Magistrate Judge Flag for Judge P. Trevor Sharp (McClain, Abby) (Entered: 05/17/2007) |
| 06/27/2007 | 6 | MOTION for Pro Hac Vice Admission *of Jon C. Conlin* by ELMER KNAPP. Responses due by 7/20/2007 (HAYES, MARCUS). (Entered: 06/27/2007) |
| 06/27/2007 | 7 | MOTION for Pro Hac Vice Admission *of Ernest Cory* by ELMER KNAPP. Responses due by 7/20/2007 (HAYES, MARCUS) (Entered: 06/27/2007) |
| 06/27/2007 | 8 | MOTION for Pro Hac Vice Admission *of Craig P. Niedenthal* by ELMER KNAPP. Responses due by 7/20/2007 (HAYES, MARCUS) (Entered: 06/27/2007) |
| 06/27/2007 | 9 | MOTION for Pro Hac Vice Admission *of Stephen R. Hunt, Jr.* by ELMER KNAPP. Responses due by 7/20/2007 (HAYES, MARCUS) (Entered: 06/27/2007) |
| 07/03/2007 | | ***Motions Referred: 9 MOTION for Pro Hac Vice Admission *of Stephen R. Hunt, Jr.*, 6 MOTION for Pro Hac Vice Admission *of Jon C. Conlin*, 8 MOTION for Pro Hac Vice Admission *of Craig P. Niedenthal*, 7 MOTION for Pro Hac Vice Admission *of Ernest Cory* to Judge P. TREVOR SHARP - (McCarty, Dianne) (Entered: 07/03/2007) |
| 07/30/2007 | 10 | ORDER granting 6 Motion for Pro Hac Vice Admission for JON C. CONLIN signed by Mag/Judge P. TREVOR SHARP on 7/30/07. (Wilson, JoAnne) (Entered: 07/31/2007) |
| 07/30/2007 | 11 | ORDER granting 7 Motion for Pro Hac Vice Admission for ERNEST CORY signed by Mag/Judge P. TREVOR SHARP on 7/30/07. (Wilson, JoAnne) (Entered: 07/31/2007) |
| 07/30/2007 | 12 | ORDER granting 8 Motion for Pro Hac Vice Admission for CRAIG P. NIEDENTHAL signed by Mag/Judge P. TREVOR SHARP on 7/30/07. (Wilson, JoAnne) (Entered: 07/31/2007) |
| 07/30/2007 | 13 | ORDER granting 9 Motion for Pro Hac Vice Admission for STEPHEN R. HUNT, JR. signed by Mag/Judge P. TREVOR SHARP on 7/30/07. (Wilson, JoAnne) (Entered: 07/31/2007) |
| 07/30/2007 | | (Court only) ***Attorney JON C. CONLIN for ELMER KNAPP, ERNEST CORY for ELMER KNAPP, STEPHEN R. HUNT, JR for ELMER KNAPP, CRAIG P. NIEDENTHAL for ELMER KNAPP added. (see pldgs. 10-13) (Wilson, JoAnne) (Entered: 07/31/2007) |
| 08/17/2007 | 14 | CONDITIONAL TRANSFER ORDER (CTO-1) Re: MDL 1842 transferring this action to the Eastern District of Pennsylvania for the reasons stated in the order of June 22, 2007. Received and filed on 8/15/2007. (Lee, Lisa) (Entered: 08/17/2007) |
| | | |

| | | |
|---|---|---|
| 08/17/2007 | | (Court only) ***Civil Case Terminated. See Transfer Order filed on 8/15/2007. (Lee, Lisa) (Entered: 08/17/2007) |
| 09/07/2007 | 15 | MDL Transfer Letter to counsel of record from Clerk's Office re Conditional Transfer Order (CTO-1) transferring this case to the District of Rhode Island. Copy 1 Complaint, and copy of docket sheet sent via e-mail to District of Rhode Island. (Welch, Kelly) (Entered: 09/07/2007) |