UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION | § § § | MDL Docket No. 07-1842-MDL |
| THIS DOCUMENT RELATES TO: KNAPP v. DAVOL, Inc. *et al*: 1:07-cv-01862-ML-LDA (*transferred from Middle District of North Carolina: 1:07-cv-00396-UA-PTS*) | § § § | JUDGE LISI |

**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES the Plaintiff, Elmer Knapp, by and through his undersigned attorneys and moves that he be allowed to file an Amended Complaint in the above-captioned matter pursuant to § V.B. of the CMO as entered by this Court on December 6, 2007.

Plaintiff, ELMER KNAPP
By his Attorneys,

/s Ernest Cory

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Marcus E. Hayes, Esq.
CRUMLEY & ASSOCIATES
2400 Freeman Mill Road, Suite 200
Greensboro, NC 27406
336-333-9899
336-333-9894

Dated: December 28, 2007

# CERTIFICATION

I HEREBY CERTIFY THAT ON THIS THE 28TH DAY OF December, 2007, that a true copy of the within has been filed electronically and that it is available for viewing and downloading from the ECF system.

/s Ernest Cory

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Marcus E. Hayes, Esq.
CRUMLEY & ASSOCIATES
2400 Freeman Mill Road, Suite 200
Greensboro, NC 27406
336-333-9899
336-333-9894